# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 25-3482

———————————————

United States of America

*Plaintiff - Appellee*

v.

Lionel Cawthon

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the District of Nebraska - Omaha

——————————

Submitted: July 24, 2026
Filed: July 29, 2026
[Unpublished]

——————————

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Lionel Cawthon received a 262-month sentence after he pleaded guilty to a drug offense. *See* 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846. An *Anders* brief suggests that the sentence is substantively unreasonable. *See Anders v. California*, 386 U.S. 738 (1967).

We conclude otherwise. *See United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc) (reviewing for an abuse of discretion). The record establishes that the district court[1] sufficiently considered the statutory sentencing factors, *see* 18 U.S.C. § 3553(a), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. McDaniels*, 19 F.4th 1065, 1067 (8th Cir. 2021) (per curiam) (explaining that the district court has "latitude to weigh the relevant sentencing factors . . . differently than a defendant would have preferred" (citation omitted)).

We have also independently reviewed the record and conclude that no other non-frivolous issues exist. *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988). We accordingly affirm the judgment of the district court and grant counsel permission to withdraw.

_____

[1]The Honorable Brian C. Buescher, then District Judge, now Chief Judge, United States District Court for the District of Nebraska.